**DISMISSED and Opinion Filed November 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00773-CV

**TERRENCE SWANSON, Appellant**
**V.**
**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-20-00397**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Smith
Opinion by Justice Smith

This is an appeal from the trial court's order granting appellees' motion for summary judgment. In a September 30, 2022 letter, the Court notified appellant that, subject to mostly statutory exceptions, an appeal may be taken only from a final judgment that disposes of all parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The summary judgment granted the appellees' request for collection of delinquent ad valorem taxes for the years 2019 and 2021. However, the summary judgment did not dispose of appellees' request for foreclosure of their liens, an order of sale, or attorney's fees, and no other order appeared to dispose of those claims. Thus, the summary judgment did not appear appealable. *See Id*.

Therefore, in order to determine jurisdiction, the Court requested that appellant file a letter addressing the Court's concern by October 10, 2022, or else risk dismissal of the appeal. To date, appellant has failed to file the requested letter brief. Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a),(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

220773F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TERRANCE SWANSON, Appellant

No. 05-22-00774-CV     V.

DALLAS COUNTY, PARKLAND
HOSPITAL DISTRICT, DALLAS
COUNTY COMMUNITY
COLLEGE DISTRICT, DALLAS
COUNTY SCHOOL
EQUALIZATION FUND, DALLAS
INDEPENDENT SCHOOL
DISTRICT AND CITY OF
DALLAS, Appellees

On Appeal from the 44th District
Court, Dallas County, Texas
Trial Court Cause No. TX-20-00397.
Opinion delivered by Justice Smith.
Chief Justice Burns and Justice
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 30, 2022.